## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| KHALID v. BUSH | ) | Civil Case No. 04-1142 (RJL) |
| BOUMEDIENE v. BUSH | ) | Civil Case No. 04-1166 (RJL) |
| SLITI v. BUSH | ) | Civil Case No. 05-0429 (RJL) |
| KABIR v. BUSH | ) | Civil Case No. 05-0431 (RJL) |
| AL-OSHAN v. BUSH | ) | Civil Case No. 05-0533 (RJL) |
| MAMMAR v. BUSH | ) | Civil Case No. 05-0573 (RJL) |
| AL-SHAREKH v. BUSH | ) | Civil Case No. 05-0583 (RJL) |
| AL HAMAMY v. BUSH | ) | Civil Case No. 05-0766 (RJL) |
| HAMOODAH v. BUSH | ) | Civil Case No. 05-0795 (RJL) |
| KHAN v. BUSH | ) | Civil Case No. 05-1010 (RJL) |
| AL KHAIY v. BUSH | ) | Civil Case No. 05-1239 (RJL) |
| AL GINCO v. BUSH | ) | Civil Case No. 05-1310 (RJL) |
| AL BIHANI v. BUSH | ) | Civil Case No. 05-1312 (RJL) |
| GHAZY v. BUSH | ) | Civil Case No. 05-2223 (RJL) |
| RIMI v. BUSH | ) | Civil Case No. 05-2427 (RJL) |
| RUMI v. BUSH | ) | Civil Case No. 06-0619 (RJL) |
| NASEER v. BUSH | ) | Civil Case No. 06-1676 (RJL) |
| ISMATULLAH v. BUSH | ) | Civil Case No. 06-1682 (RJL) |

## ORDER
(July **2nd**, 2008)

The Court having decided not to transfer the above-captioned cases, at this time, to

Senior Judge Thomas F. Hogan pursuant to the July 1, 2008, Resolution of the Executive

Session, it is hereby

**ORDERED** that the parties will appear before this Court on Thursday, July 10, 2008, at 2:30 p.m. for a status conference to discuss common procedural and substantive issues in the above-captioned cases.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge